**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BRIAN NELSON, ADC #148443                                                               PLAINTIFF

v.                                   NO. 5:11CV00095 JLH/BD

JIMMY HILL, *et al.*                                                                    DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, plaintiff's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Lisa Bailey, Jimmy Hill, Steven Reynolds, and Amanda Sledge's motion for summary judgment (docket entry #47) is GRANTED. Plaintiff's claims against defendants Bailey, Hill, Reynolds, and Sledge are DISMISSED without prejudice.

IT IS SO ORDERED this 18th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE