# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BRIAN NELSON, ADC #148443                                              PLAINTIFF

v.                          NO. 5:11CV00095 JLH/BD

JIMMY HILL, *et al.*                                                     DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of September, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE