## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BRIAN NELSON, ADC #148443                                                 PLAINTIFF

v.                             NO. 5:11CV00095 JLH/BD

JIMMY HILL, *et al.*                                                   DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 18th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE